Civil Action No. 2:24-CV-01111-MEF-AME

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CAREMARK LLC C/O CT CORPORATION SYSTEM AS STATUTORY AGENT

was received by me on *(date)* 4/30/24 .

☐ I personally served the summons on the individual at *(place)* _____
3800 N CENTRAL AVE SUITE 460, PHOENIX, AZ 85012 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MARIA MARTINEZ, CLERK , who is designated by law to accept service of process on behalf of *(name of organization)* CAREMARK LLC C/O CT CORPORATION SYSTEM AS STATUTORY AGENT on *(date)* 05/01/2024 @ 10:20 AM ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 5/2/2024

*Server's signature*

TRENTON MENNENGA Certified Process Server
MARICOPA County License #: 8792
*Printed name and title*

240 E. COURY AVE, STE 130, MESA, AZ 85210
*Server's address*

Additional information regarding attempted service, etc:
Sex: Female   Color of skin: Hispanic   Color of hair: Brown   Glasses: Yes
Age: 45 YO +-   Height: 5'8" +-   Weight: 170 LBS +-   Other Features:

Documents For Service
SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT

48582